**Natalie DURANTE, Plaintiff— Appellant,**

v.

**State of NEVADA; Community College of Southern Nevada; Arlie J. Stops, Defendants—Appellees.**

No. 00–16753.

D.C. No. CV–00–00260–KJD/LRL.

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2001.*

Decided Dec. 11, 2001.

* This panel unanimously finds this case suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

Before HUG, D.W. NELSON and HAWKINS, Circuit Judges.

### MEMORANDUM **

In the Ninth Circuit, no three-judge panel has the power to overrule an earlier decision of any other three-judge panel. *United States v. Gay,* 967 F.2d 322, 327 (9th Cir.1992). However, this is exactly what Durante asks us to do: overrule a 1999 case that clearly controls the result here. *See Dittman v. California,* 191 F.3d 1020 (9th Cir.1999). Because *Dittman* makes it clear that Durante has no private right of action against any of the defendants directly under the Privacy Act or through § 1983, *id.* at 1026, 1029, we must deny the appeal.

**AFFIRMED.**

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by Ninth Circuit Rule 36–3.